IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FIBERLINK COMMUNICATIONS CORP | : | CIVIL ACTION |
| | : | |
| V. | : | |
| | : | |
| HUBBELL, INC. | : | NO. 02-4661 |

## O R D E R

_____AND NOW, this 4th day of November, 2002, IT IS HEREBY ORDERED that this matter be referred to Magistrate Judge Charles B. Smith for a settlement conference to be held during the week of December 10, 2002 .

BY THE COURT:

_____
JOHN R. PADOVA,          J.