IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FIBERLINK COMMUNICATIONS CORP. | : | CIVIL ACTION |
| | : | |
| V. | : | |
| | : | |
| HUBBELL, INC. | : | NO. 02-4661 |

## O R D E R

_____AND NOW, this 18th day of December, 2002, IT IS HEREBY ORDERED that the deadlines for discovery and dispositive motions contained in the Court's November 4, 2002 Scheduling Order are extended by thirty days.

BY THE COURT:

_____
JOHN R. PADOVA,          J.